E-FILED
Thursday, 18 February, 2016 04:41:13 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 1 7 2016
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

S.S. 1526

Quennel Augusta,
Rochelle Criss )
                    Plaintiff )
                              )
            vs.               )
                              )
I1. Knox County Sheriffs )
I1. Galesburg Police Department )
Kyle Winbigler )
Brian Brady, Detective )
John T Pepmeyer )
~~I1. Galesburg Courthouse~~ )
Steven Mathers )
Paul Mangeri )
~~Scott Billetter~~ )
Courthouse      Defendant(s) )

Case No. _16-4032_
(The case number will be assigned by the clerk)

(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.

☐   42 U.S.C. §1983 (state, county or municipal defendants)

☒   Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)(federal defendants)

☐   Other federal law: _____

☐   Unknown Im not Federal Prisoner, But Detectives Executed Expire Search warrant 2week old !!!

*Please refer to the instructions when filling out this complaint.  Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition.

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Quennel Augusta

Prison Identification Number: 23379 - Pin number - 7011

Current address: I have a few Addresses But Im in Jail now !!

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Detective Brian Brady Sheriff Department

Current Job Title: Sheriff Knox County Detective

Current Work Address 152 s. Kellogg, Galesburg Il. 61401

Defendant #2:

Full Name: Galesburg Police Department, ~~Pt. Scott Britteller~~

Current Job Title: Detectives and officers] Detective Shay

Current Work Address 150. S. Broad Galesburg IL 61401

Its one more Detective But I forget his name !!!!

Defendant #3:

Full Name: Kyle winbigler 16-CF-7

2

Current Job Title: Galesburg Police

Current Work Address 150 S. Broad Galesburg Il 61401

Defendant #4:

Full Name: Knox County Sheriff Department

Current Job Title: Sheriffs

Current Work Address 152 s. Kellogg St. Galesburg Il. 61401

Defendant #5:

Full Name: John T Pepmeyer, Steven Mathers, Paul Mangeri

Current Job Title: Head State Attorney, Judges

Current Work Address 200 S. Cherry St.

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." *28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐          No ☒

3

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
      _People of State Il. V. Quennel Augusta, 16-CF-7) 14-CF-229_

   2. Basic claim made _4th Amend. Violation_

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _Pending: trial is on Feb. 4 2016. I will APPeal !!)_

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _I Complaint to State Atty_
_Steve Judge Mathers,_

C. Is the grievance process completed? Yes ☒   No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  MY Home Search and Destroyed with expire warrant

Date(s) of the occurrence  June 23, 2013   14-CF-229

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

June 23, 2013 or 2014: MY house was search and Destroyed By the sheriff and Galesburg Police with a search warrant that said June 12, 2013 But executed On June 23, 2013. Plus the warrant said Search Quennel "or" the house of his. They Search me at the Police station then search the house. They found no drugs But Baggies and I Dont Know how Im charge with drugs. I have Not got a lab Report I been asking my lawyer for. I ask for Freedom Request no Response. I filed motion to squash arrest but The "State" Over write my motion and said Judge made Mistake wrote wrong date!! But I have Case law Groh v. Ramierez, say It Dont matter If the Judge wrote warrant wrong. Its the officers Job to notice the Defect in the warrant. So we Grant his motion to squash Warrant, And Grant motion to law suit officers!!! Judge Mathers still Found Probable cause Knowing The warrant was a Defect!!

5

And he sighn a Complaint saying he wrote the
Wrong Date after I filed a motion to squash!!
I Believe he did not write wrong Date I was
In Arkansa June 1, 2013 till June 15, 2013
So I think they Kept the warrant till I got
Back Home !! Paul Mangeri is my trial Judge
He Knows Law Just as well as Judge Mathers
So therefore they could of been Dismiss this Case
As I wrote And ask !! Plus I wrote Head
State Attorney John T Pepmeyer to Dismiss
Case he Ignored me and Proceed to charge me !!
So this why I'm law suit them for 4th Amend.
Rights. Knowing they Know officer Brian Brady
was wrong for still executing the warrant !!
He Knew he was wrong thats why he sent
Galesburg Detective Shay to serve the warrant !!
From Galesburg Police Department. Also Brady
told a incorrect testimony in my first Motion !!
Galesburg Il. has been Violating my Rights
for years Im Just start to Finally Do some
thing about it after 25 Years of Amend.
Violation !! Now Im Just Putting a Complaint
in on Kyle, winbigler to his Lt. Billetter !!
Jan. 1, 2016 I called 911 for help to get my clothes
out of me and my girlfriend house. The cop
That Shown up was winbigler. He Help me
get my clothes out the house and watch me
Put It In my car. Now since he Know what

6

Kind of Car I Drive He Decide to pull me over
The next day on Jan.2, 2016 For Failure to
signal as I told him I Did signal and the Passenger
told him I signal. He Didn't ask for license or
Insurance he was asking Did I have something
Illegal and Do I have something in my mouth
asking who is the lady Passenger then Grab
my neck choke me snatch me out the car with
four other Police men who all Pulled me over
For a Failure to signal!!!. When Does It take
four Police men to Pull You over For a failure to
signal? The videos from there Car Camra shows
how It Does not look like a failure to signal!!
But the Cop ADmitted on the stand at Pre-liminary
Hearing that theres no failure to signal on Camra.
But when he Arrested me he said It was on
Camra!! I Knew he was a lie I Know I
signal. Plus I Know he PreJudice because In
June 8, 2014 he False Arrest me on Domestic
Battery The courthouse threw Case away without
me going to court no Probable cause Because I
was the Person who Call 911 for the Domestic
Help because my girl was Kicking my house
Door In with her friend trying to fight me
Also Police Illegally Took over $10,000 From me I
want It Back It Came from my mother Death Insurance

RELIEF REQUESTED

(State what relief you want from the court.)

I have copies of out dated search warrant But You can Ask the court for it. Plus the Videos of the Police Camras that Pulled me over Jan 2, 2016 At midnight !! I want his Police Wrecker on Police Arrest on how much He violate on Black People Amend Rights. I have lots of Friends I hear how he Arrest them Illegally. Even some Of my white friends Complaint they Dont Like Him.

JURY DEMAND          Yes  ☒          No  ☐

Signed this _Quennel Auguste_ day of ___1 - 26 - 16___, 20_16_.

_Quennel Auguste_

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Quennel Augusta | 23379 |
| Address: Galesburg IL. 61401 152 s. Kellogs st. [Jail] | Telephone Number: MY Girl-Rochelle Criss 309-992-8836 309-678-1995 - shaundra - my Daughter |

P.s, "See BackSide"!!!

Hi Im Quennel Augusta Im in Knox count Jail
I Dont Know how long I will be here so You may
have to see If Im still Jailed here or sent to
Prison. MY Case still Pending MY trial Feb.4,2016
Most likely these Crooked Judges will still find me
 Guilty MY Public Defender already said Im be
found Guilty. My Motion has been Ignored too!!
Jail ADDress  152 S. Kellogg st. (MY Daughter ADDress    — *(GalesBurg Il.)*
is  3415 westoak crest DRive Peoria Il. 61604 ) APt. 2B
her Phone number is  678-1995  Qushaundra)
MY Girlfriend visits me  so You can  mail or contact her
to give me Info. Rochelle criss (309) 992-8836) ADDress    — *(APt. #3)*
191 N. Praire st 61401 Galesburg Il. )  Quennel Augusta Social 1526)
P.o. BOX 552 Galesburg Il. )     (Q.A. Born 1976 )    — *(Quennel Augusta)*


I Quennel Augusta Is on ssi Disability but Im
in Jail so Its cut off till Im Release. Most likely
I will have to APPeal to get my guilty verdict
Reverse. I have case law to Prove not guilty!!!
I even Got case law supreme Giving the Right to
Civil suit Police misconduct !!


I made mistake Pick Bench trial thinking Judge would
 follow law!! Dam I waived MY Jury on case 14-CF-229


Also Knox County Jail charge us Five Dollars a
Day to live here so It be hard to Pay Civil court!!

I Quennel like to file civil complaint suit on

Galesburg Il. Courthouse For Amend. Rights 14-CF-229
And For Fieture of $10,000 they Illegally took
without warrant!! 200.S. Cherry St. Galesburg Il. 61401

Knox County Sheriffs, Detective Brian Brady 14-CF-229T
152 S. Kellogg st. GalesBurg Il. 61401

Galesburg Police Department who help serve Defect. 14-CF-229
warrant! KYle winbisler 16-CF-7 Detective - Jagate
150 S. Broad St. Gales Burg Il. 61401
                    state Atty.
Elisha Tanner Changed her name to Elisha Nelson I heard.
John T Pepmeyer State Attorney
Steven Mathers Judge
Paul Mangeri Judge
                    200 S. Cherry St. Galesburg Il. 61401

Knox County law Enforcement Center. For Charging me
Rent to be here when I haven't even been Convicted.
If my family Put $50 on my Account they take
$15 from It saying I owe them for being here in
Jail. like I ask to be here!! 152 s. Kellogg st.
Galesburg Il. 61401

Expire search warrant

This warrant was Dated June 12, 2014
But was Executed on June 23, 2014
It was only a 72 Hour warrant. But I
was in Arkansa for Vaction June 1, 2014 intil
June 15, 2014 So they kept the warrant
And executed It when they found me on June
23, 2014, At my House!! Then went to Macomb Il.
Without a warrant Search my ex wife house
That had nothing to do with what was going
on in Galesburg Il. They took about 6,000 $
From ex wife house threat put her in Jail
and loose her Goverment Job as a mail lady!!
These Galesburg Police and Sheriffs are so
Crooked and Amend Rights Violationers!!!

# STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
## KNOX COUNTY

The People of the State of Illinois

Vs        }

Case #                    CF/CM

_____

Clerks Search Warrant
number    14-SW-_____

Quennel T. Augusta B/M
DOB: 06-02-76
245 Silver St
Galesburg, Knox County, Illinois 61401

# SEARCH WARRANT

## TO ALL PEACE OFFICERS OF THE STATE OF ILLINOIS

Upon the sworn complaint of **Detective Brady** I find sufficient facts to show probable cause to issue a warrant to search the premises at **245 Silver St, Galesburg, Il** and the person of **Quennel T. Augusta, B/M, DOB: 06-02-76**

I, now, therefore command you to search the foregoing premises or person and seize the instruments, articles and things listed as follows:
**Cannabis, Controlled substance, Paraphernalia associated with packaging and distributing cannabis and controlled substance, & US Currency Associated with Drug Sales**

Which have been used in the commission or constitute evidence of the offense of, **Unlawful Possession of Cannabis, Unlawful Possession of Cannabis with the Intent to Deliver, Unlawful Possession of Controlled Substance and Unlawful Possession of Controlled Substance with intent to deliver.**

You are further commanded to make a return to me, or any Court of competent jurisdiction with an inventory of the instruments, articles and things seized, if any.
Your authority to execute this warrant shall expire 96 hours after _11 : 30_ (AM)/PM _June 12_

2014.

_____
Judge

(Court original)

Quennel Augusta
KNOX COUNTY LAW ENFORCEMENT CENTER
152 S. Kellogg St.
Galesburg, Illinois 61401

