Quennel T. Augusta: Case No. 16-CV-04032
Case No. 16-CU-[illegible]
April 10, 2017    Case No. 17-CV-04035
To The Honorable Judge ~~Shaaer~~ Sara Darrow
Status UPDate: See Back side Page

I Quennel T. Augusta, Has Send a UP Date Status To This Court By Another Court OF the U.S.D.C OF URBana IL. Do To I Only Had One Stamp Envelope And I Had Cases OF Judgement OF summary To Answer To. Also I sended a subPoena list For This Court And other Information That You Requested To The U.S.D.C. URBana IL. Court. Sorry For The Confusion And Extra work and stress Im bringing but Im Indigent No Help From Family or Anyone Else, My GirlFriend Helps when She Able To Get Extra money but Do to we Having a New born She Cant Provide much For me Till she Find a Job! I Did Ask This Court For Help with Postage Stamps And Take It out of my Relief when Granted on Either Cases That will be won! I Do Ask This Court to Please Get the Informations From URBana IL. That I Provided To Them To Give To You. Do To my Pending Cases in Criminal Court oF 14-CF-229, 16-CF-7 16-CF-9 Will be a Reconsider motion as The Judge Manseri Stated we will be Doing a Civil litigation For These cases on May 5, 2017 From 1:30 P.m. Till 4:30 P.m. IF The Judge Decide He Did not make a mistake Then the OFFer is 6 Years in Prison Do To a Stipulation Bench Trial so I Can still be able to APPeal. IF He Decide to Dismiss Any OF the Cases I will be Objected To the Bench trial Do to InEFFective By my Attorney by Giving me my Evidence late, Do To I Have Proof I Asked For The Transcripts of the Pre-liminary Hearing To Show The Judge in my motion Hearing on Oct. 6, 2017 Also Delay From the Court oF untimely Motion OF Limine Being Heard On my Pre-Trial Jury Day as was Promise to me but the court Fail to Do so! I Swear to You on my life This Courthouse OF Galesburg IL. And Police OFFicers are so Corrupt, They Violate PeoPle Rights

E-FILED
Monday, 24 April, 2017 02:18:18 PM
Clerk, U.S. District Court, ILCD

FILED
APR 19 2017
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

Just To make a case! Officer Winbigler Refuse to show up at Part 2 of my motion Hearing to suppress on Dec. 9, 2016 So Im waiting to see IF He Refuse to Not show on May 5, 2017, Judge Darrow THere's no way I should be convicted OF These Crimes that occur out oF a Violation OF my Rights. I Have shown THis Judge Mangeri Statues Authority And Quoted in my motion Thats not Authority I needed to Quote Caselaws, Well Judge Darrow Caselaws Come From Statue's And Statue's Come From law makers! THis Judge Mangeri Has Known me For 20 Years, He use to be THe Head state Atty. That been Prosecuting OF me For Years so now He's my Judge And He Denie All motions. He even Quoted even IF The OFFicer Did make a mistake OF Pulling me over For Failure to signal The OFFicer Did It out of Good Faith! Well Illinois statue For Good Faith is when a OFFicer Has a Arrest warrant From a Judge with non Errors! In my Cases There were No warrant! Also want to Inform you of case 4:16-CV-04032 Knox County Sheriffs, THat I want to Do a with leave From court To ADD in new Evidence oF Discovery OF a 4TH Amend. Violation And 14TH Amend. violation, Also ADD in THe other Detectives who were Involve Also There Department! Judge Darrow I Pray You Check Into The Evidence I send to you THats at The U.S.D.C. URBANa IL. And Please Respond To me IF You Found It or not; Again Sorry For My sendings to another court But Do to my Indigent I Have not much Choice! Do to me Having So many Civil suits at This Time I will like To Keep These Two cases in stay oF court maybe Till Im settle in the Prison Im Going to, These Two Cases are 4:16-CV-04032, 4:17-CV-04035 That may stay in court or maybe Till Im Release From Prison Im not sure How THings will Go or shall Go! Im so Stress, Depress No Justice For me, But all these white Inmates Caught with Meth labs And meth are Getting 2 years or 3 years And THey Been To Prison 3 to 4 Times. I Been one time And that was 20 Years Ago! Well THanks For Your Time God Bless Me, You And America Justice System! Please Inform me OF whatever!!

Q.T.A.
KHAY SCKATY LAW ENFORCEMENT CENTER
KNOX COUNTY JAIL ST.
152 S. KELLOGG ST.
GALESBURG, IL 61401

LEGAL

U.S.D.C.
Room 203
211 19TH Street
RockIsland Il. 61201

RECEIVED
APR 19 2017
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS