Pg. 1  Status Hearing Update Cases; May 5, 2017
Augusta v. Employees of I.D.O.C. Case No. 4:16-CV-04190
Augusta v. Knox County Sheriffs Dept. Et. al
4:16-CV-04032-SLD; Case No. 14-CF-229

Quennel Augusta v. Kyle Winbigler
Case No. 4:16-CV-4115 SLD; Case No. 16-CF-9

Re. Augusta v. Clague et al
Case No. 16-4079

Augusta v. People of the State of Il.
Case No. 4:17-CV-04035-SLD; Case No. 16-CF-9

---

To Judge Sarrow; Hello This is Quennel sending You a Update; Today May 5, 2017 I was Found Guilty of Case 16-CF-7, 16-CF-9 And Dismiss Case 14-CF-229;

The Judge Mangeri; Agreed with me That in case 16-CF-7 · 16-CF-9 That It was Wrong For the State To Issue a Arrest Warrant After I was Already Arrested Warrantlessly. But The Judge still Denied my Motion Said He will leave It up to the Appeal Court. So Today we Had a Bench Trial And Found Guilty. I Have Given The State Attorney And Judge Over Three hundred Case Law And Statues That The U.S. Supreme And Il. Supreme Courts Says Notice To Appear To a Detention Hearing is a Due Process. The Galesburg Legal System Has no Justice For me. They Denied Authority Of The U.S. Court And Il. Court Well I Maybe Gone to Prison This Following Week To State Ville. So whenever I Get to The Prison That I will be staying at in a Few weeks Maybe. But I will write You or You could check up on me. Well On a Good Note My Son Has been Drafted to Play with The NFL New England Patriots; So sad I Could not have been there to Support Him But I will Promise Myself to Do Better as I am a Great Guy

Just Going To This Prison Do The rest OF my Time I'll be in Jail For 18 months Inless I can Get work Release. Also I will like to With leave court For Case 4:16-CV-04190 Do to I Have another Amend. Violation by Knox county Jail For a Permanent Denial OF Contact Visits which is a Privilege OF the 14TH Amendment, which I Did no wrong or security risk not to Get visits From my Kids. So Therefore This is a Due Process visit violation. So when I Get to a Prison I will be Asking For a Complaint Form. I Thank you For your Help very Much! Also I Believe I will with leave court For Case No. 4:16 CV-04032 And ~~withdrawings~~ 4:17-CV-04035; Do To The state And Judge Violated my Rights I Feel I Deserve To Challenge His Absolute Immunity. This Judge been a Prosecuter For The 10 Years I Known Him And Now He is my Judge so THat would be a Conflict OF Interest. THe Judge Did not care THat This officer made Four Diffrent Testimony OF What He claim I Fail to signal at. The OFFice Kyle Winbigler Testified oct. 6, 2016 THat I Did no Traffic Stop when he First seen me, That He was Determine to Pull me Over To Investigate For Drugs Just because oF my Prior convictions. The State, Judge, Galesburg Police Violated my Equal Protection, Due Process, 4TH Amend. with no Doubt in my mind, Plus my Proof OF Transcripts at These Hearings And Authority Statues, Case laws

Q. A.
152 S. Kellogg St.
Galesburg, IL 61401

KNOX COUNTY LAW ENFORCEMENT CENTER
KNOXBOURG JAIL - 61401
152 S. KELLOGG ST.
GALESBURG, IL 61401

RECEIVED
MAY 10 2017
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

LEGAL MAIL

U.S. D.C.
Room 203
211 19TH Street
Rock Island Il. 61201

